IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA BARAN,<br><br>                Plaintiff,<br><br>  v.<br><br>THE NEIMAN MARCUS GROUP LLC DBA HORCHOW,<br><br>                Defendant. | Civil Action No. 3:20-cv-01061-JCH |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.    Whereas Plaintiff MARCIA BARAN filed the above-referenced case against Defendant THE NEIMAN MARCUS GROUP LLC DBA HORCHOW on July 28, 2020.

2.    Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

4.    Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint without prejudice.

Dated: August 28, 2020          Respectfully Submitted,

                                              */s/ Stephen J. Teti*
                                              Stephen J. Teti, Esq.
                                              steti@blockleviton.com
                                              **BLOCK & LEVITON LLP**
                                              260 Franklin Street, Suite 1860
                                              Boston, MA 02110
                                              Telephone: (617) 398-5600

                                              *Attorneys for Plaintiff Marcia Baran*

## CERTIFICATE OF SERVICE

    I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 28th day of August, 2020.

                                                             */s/ Stephen J. Teti*
                                                                Stephen J. Teti